**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-mj-544-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ROY LORIN BISCHOFF, | |
| Defendant. | |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Examination currently scheduled for Monday, August 29, 2016 at the hour of 4:00 p.m., be vacated and continued to October 28, 2016 at the hour of 4:00 p.m.

    DATED this 23rd day of August, 2016.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE