# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:16-mj-00544-GWF |
| Plaintiff, | |
| vs. | ORDER CONTINUING PRELIMINARY HEARING |
| ROY LORIN BISCHOFF, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for April 26, 2017, at the hour of 4:00 p.m., be vacated and continued to May 3, 2017, at the hour of 9:00 a.m.

DATED this 26th day of April, 2017

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE